**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**BRIANA L. CRAVANAS, ESQ., SBN 353930**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: LGray@LawyersFTP.com
Email: BCravanas@LawyersFTP.com

Attorneys for Plaintiff
MICHAEL NOLIN

JONES MAYER
James R. Touchstone, Esq., SBN: 184584
jrt@jones-mayer.com
Thurgood M. Wynn, Esq., SBN: 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
COUNTY OF ALAMEDA and
DEPUTY HECTOR REYES

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL NOLIN, an individual,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; HECTOR REYES, in his individual capacity as a deputy sheriff for the Alameda County Sheriff's Department; and DOES 1-50, inclusive.<br>Defendants. | Case No. 3:25-cv-10960-CRB (LJC)<br><br>*Assigned for All Purposes to:*<br>*Hon. Charles R. Breyer*<br>*Courtroom 6*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT** |

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

Plaintiff MICHAEL NOLIN, and Defendants COUNTY OF ALAMEDA and DEPUTY HECTOR REYES, by and through their respective undersigned attorneys of record, hereby stipulate as follows:

WHEREAS, the parties were ordered to meet and confer regarding the selection of a Magistrate Judge to conduct a settlement conference and to file a stipulation for referral to a Magistrate Judge for settlement by October 19, 2026. (ECF No. 26);

WHEREAS, the parties have met and conferred and jointly agree to select Magistrate Judge Sallie Kim to conduct the settlement conference;

NOW, THEREFORE, the parties hereby stipulate to referral of this matter to Magistrate Judge Sallie Kim for a settlement conference.

**IT IS SO STIPULATED.**

Dated: October 19, 2026

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: /s/ *Briana L. Cravanas*____
Lateef H. Gray, Esq.
Briana L. Cravanas, Esq.
Attorneys for Plaintiff
MICHAEL NOLIN

Dated: October 19, 2026

JONES MAYER

By: /s/ *Thurgood M. Wynn*
James R. Touchstone, Esq.
Thurgood M. Wynn, Esq.
Attorneys for Defendants
COUNTY OF ALAMEDA and DEPUTY HECTOR REYES

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

**~~[PROPOSED]~~ ORDER**

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Sallie Kim for a settlement conference.

**IT IS SO ORDERED.**

Date: October 21, 2026

Hon. Judge Charles R. Breyer